IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| MICHAEL SCOTT SNEDEKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | NO. 2:06-00022 |
| ) | JUDGE HAYNES |
| FEDERAL MOGUL FRICTION and/or ) | |
| FEDERAL MOGUL FAP, INC., and ) | |
| FEDERAL MOGUL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' Federal Mogul Friction and/or Federal Mogul FAP, Inc., and Federal Mogul Corporation's motion to dismiss (Docket Entry No. 4) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ____ day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge